**BRAIN INJURY RIGHTS GROUP, LTD.**
50 West 97th Street, Suite 1E
New York, New York 10025

April 23, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/2019
```

**VIA ECF**
Hon. Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, N.Y.  10007

Re: Soria, et al. v. NYC Department of Education, 19 CV 2149 (AT)

Dear Judge Torres:

I am counsel for Plaintiffs in the above-referenced action. I write to respectfully inquire about Your Honor's preference for the manner in which to receive the underlying record as maintained by the State Review Office ("SRO") concerning SRO Case No. 18-113, which Plaintiffs are appealing to the Court through this federal action.

Specifically, as per the SRO's instructions, litigants who appeal an SRO decision must inform the SRO whether the federal court that is presiding over the appeal prefers: A) to have the SRO directly send the federal court the SRO's entire record for use on appeal ("SRO File"), in hard-copy; or B) to have the SRO send the hard-copy of the SRO File to the appellant/plaintiff so the appellant/plaintiff can thereafter upload the SRO File via ECF in the federal action. The SRO does not upload any documents via ECF itself and will not release the SRO File to the appellant/plaintiff until after the appellant/plaintiff has informed the SRO of the federal court's preference in this regard.

In light of the foregoing, please advise as to the Court's preference of either Option "A" or Option "B," and Plaintiffs will follow up with the SRO accordingly.

If Your Honor requires any additional information, Plaintiffs will provide same forthwith.

Respectfully Submitted,

/S

Karl J. Ashanti

cc: David S. Thayer, Esq. (via ECF)
New York City Law Department
General Litigation Division
100 Church Street, Rm. 2-305
New York, NY  10007

The Court directs Plaintiff to upload the SRO file via ECF.

SO ORDERED.

Dated: April 24, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge