```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CYNTHIA SORIA and GIOVANNI SORIA, as
Parents and Natural Guardians of G.S., and
CYNTHIA SORIA and GIOVANNI SORIA,
Individually,

                              Plaintiffs,

         -against-                                     19 Civ. 2149 (AT)

NEW YORK CITY DEPARTMENT OF                            **ORDER**
EDUCATION,

                              Defendant.
```

ANALISA TORRES, District Judge:

The Court's order granting Plaintiffs' motion for a preliminary injunction, ECF No. 29, has been appealed. ECF No. 32. Although the Court denied the motion to stay enforcement of the preliminary injunction, ECF No. 36, in the interests of judicial economy, Plaintiffs' motion for attorney's fees, ECF No. 43, will be held in abeyance until the conclusion of the appeal.

Accordingly, the Clerk of Court is directed to terminate the motion at ECF No. 43.

SO ORDERED.

Dated: December 20, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge