UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYNTHIA SORIA and GIOVANNI SORIA, as Parents and Natural Guardians of G.S., and CYNTHIA SORIA and GIOVANNI SORIA, Individually,

           Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/29/2020_

19 Civ. 2149 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Pursuant to the mandate of the United States Court of Appeals for the Second Circuit, ECF No. 50, this action is DISMISSED. Any pending motions are moot.

    The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: October 29, 2020
       New York, New York

                              ANALISA TORRES
                            United States District Judge